Court of Criminal Appeal of Texas
MR. ABEL ACOSTA CLERK
PO BOX 12308 CAPITOL STATTON
AUSTIN TX 78711
RE: INFORMATION ON 11.07 WRIT
CASE WRIT NO: WR 20,147-02
TRIAL CAUSE NO: 2001 D01 202

20,147-02
CHRIS SANCHEZ
TDCJ-ID# 1702978
MC CONNELL UNIT
3001 SEMIHO DR
BEEVILLE TX 78102
JUNE-8-15

MR. ABEL ACOSTA,
SIR, I AM REQUESTING AN EXPLAINATION IN WHY MY 11.07 WRIT OF HABEAS CORPUS (OUT OF TIME APPEAL) WAS DENIED? ITS FILED UNDER -IAC- I BELIEVE BY LAW I HAVE A RIGHT TO A WRITTEN REASON WHY IT WAS DENIED NOT JUST A WHITE CARD (WITHOUT WRITTEN ORDER) THE TIME FRAME IS NOT CONCEIVABLE IT IS TO SHORT. (JUST A FEW DAYS) FOR IT TO BE EVEN LOOKED AT WITH ALL THE OTHER WRIT'S FILED, JUST TO BE DENIED SO QUICKLY, WAS IT EVEN LOOKED AT OR CONCERNED TO BE CONSIDER THE FACTS IN IT? (IT'S NOT CONSTITIONALLY CONCEIVABLE) IN THE WRIT HABEAS CORPUS I DID NOT APPEAL THE CONVICTION I WAS ASKING FOR A NEW APPEAL WITH AN EFFECTIVE COUNSEL ASSISTANCE IN MY 11.07 WRIT I DID NOT HAVE MY TRANSCRIPTS IM POSSIBLE TO PRESENT ANY LEGAL BASIS IN A CORRECTIVE MANNER BY LEGAL STATUTE TO PROPERLY PREPARE ANY ARGUMENT OF THE TRAIL IT SELF. PLEASE LOOK INTO THIS LEGAL MATTER OF GREAT CONCERN. THANK YOU!

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk

SINCERELY,
Chris Sanchez